UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL P.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25 CIVIL 2890 (OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 25, 2026, Plaintiff's motion for judgment on the pleadings is GRANTED and this case is REMANDED for further proceedings consistent with this Opinion and Order. The Court further directs that the matter should be remanded to a different Administrative Law Judge for de novo review; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**